IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FILED    _____ ENTERED
_____ LOGGED   _____ RECEIVED

SEP 1 9 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                        DEPUTY
BY

Daniel L. Little

905 Security Rd.

Has. MD. 21742

*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

Dept of Neuro surgery
C/o Dr. Sanor
University of Maryland

22 S. Green St.

Balto. MD. 21201

*(Full name and address of the defendant(s))*
**Defendant(s)**

WDQ 14 CV 2976

Civil No.: _____
*(Leave blank. To be filled in by Court.)*

\*\*\*\*\*\*

## COMPLAINT

1. Jurisdiction in this case is based on:

    [X]  Diversity (none of the defendants are residents of the state where plaintiff is a resident)

    [X]  Federal question (suit is based upon a federal statute or provision of the United States Constitution)

    [ ]  Other (explain) _____

    _____

    _____

Complaint (Rev. 12/2000)                    1

2. The facts of this case are:

See Letters Attached.

3. The relief I want the court to order is:

☐ Damages in the amount of: _____

☐ An injunction ordering: _____

_____

☐ Other (explain) _Extension of Statue of Limitations to proceed with Case_

_____
(Date)

_____
(Signature)

_____

_____

_____
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.