Daniel Hook

240-329-1564
240-452-7724

___ FILED  ___ ENTERED
___ LOGGED ___ RECEIVED

SEP 19 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Dear Honorable Judge

I was operated in 2009 June 2 on neck and back. Dr. Chang and staff done operation. They almost paralyzed me. They left me where my mobility was about 60%. I could barely straighten up. Could not drive a car. Barely walk, sit or stand.

I had extensive muscle and nerve damage. I went through lots of physical therapy nothing worked. I filed suit against VA in Baltimore. They settled in 2012 or 2013. I was told to file against University of Maryland staff and hospital in 2009 Dec 31. Unis Dr. Sansur told me if he didn't operate his first surgery too I would be be paralyzed. He operated they never corrected problems. I went from Dec/21/2009 until Oct 2010 when he discovered what problems with neck and back were. He operated the 2nd surgery. He got mobility to 80%. My ability to walk, sit and stand still has gotten worse. When I came out of surgery in Nov 4, 2010

and was in ICU recovery I had a machine hooked up to my chest to catch stuff I was coughing up. A young girl in ICU got smart with me and told me you can throw up at home don't due it here. Her supervisor was in Back corner watching and listening to what was going on. She brought food and drink into me I couldn't eat or drink. I could barely breathe. Her Boss told her to call Stat She said F.U. I'm taking my Break. Supervisor called Stat Doctors and anestheologist came in they shined a light down throat there was an obstruction they told me if they didn't operate right of way they would have to do a trakeotomy. They opercated again when they put me back in ICU. Doctor laied teeth in my hand. He filled out report stating someone tried to hide mistakes it backfired

Before surgery on neck and Back NUU 4 doctors told nurses and staff on 3rd, 5th floor and pre op to get teeth. They said

pg. 3

they would get them. I heard this and ~~~~ put them in fold and then went under. When I came out problems started. Have had trouble ever since I was told to pursue this matters against Univ. of MD.

Several attorneys advised me to do so.

I would very much appreciate if an extension was granted.

Thank you
Sincerely Yours, Daniel A. Little
1st (240-329-1564
2nd (240-452-7724