IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DANIEL LITTLE                              *

Plaintiff                                  *

v.                                         *     Civil Action No. WDQ-14-2976

DEPT OF NEURO SURGERY                      *

Defendant                                  *

\*\*\*

## ORDER

The above-styled case was filed on September 19, 2014, together with a Motion to Proceed in Forma Pauperis. ECF 2. Because he appears to be indigent, Plaintiff's motion shall be granted.

The Complaint concerns Plaintiff's claims against doctors at the University of Maryland Medical Center for surgeries performed on his back and neck on June 2, 2009, and November 4, 2010. ECF 1-1 at pp. 1 – 2. Plaintiff seeks an extension of the applicable statute of limitation so that his claim may proceed. The applicable statute of limitation is three years from the date of occurrence. See Md. Cts & Jud. Proc. Code Ann.§ 5-101, see also Owens v. Okure, 488 U.S. 235, 239 (1989) (civil rights actions borrow applicable state statute of limitations). This Court does not have the authority or power to extend the statute of limitation. The Complaint must, therefore, be dismissed.

Accordingly, it is this 25th day of September, 2014, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's Motion to Proceed in Forma Pauperis (ECF 2) IS GRANTED;

2. The Complaint IS DISMISSED as time-barred;